# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| WANDER.COM, INC., *Plaintiff* | § § § § § § § | |
| v. | | Case No. 1:23-CV-01290-DII |
| VIRTUOSO, LTD., *Defendant* | | |

## ORDER

Before the Court is the parties' Motion for Entry of Scheduling Order, filed January 29, 2024 (Dkt. 8). Attached to the motion is a Proposed Scheduling Order. Dkt. 8-1. The Proposed Scheduling Order does not conform to Judge Robert Pitman's Proposed Agreed Scheduling Order posted on the website for the U.S. District Court for the Western District of Texas. The parties must submit to the Court a proposed scheduling order that follows this form. W.D. TEX. LOC. R. CV-16(a).

The Court **DENIES** the parties' Motion for Entry of Scheduling Order (Dkt. 8) without prejudice.

**IT IS ORDERED** that the parties consult the website for the U.S. District Court for the Western District of Texas (www.txwd.uscourts.gov), the "Judges' Info" tab, "Standing Orders," "Austin Division," and file a joint proposed scheduling order using Judge Pitman's form on or before **February 16, 2024**.

**SIGNED** on February 6, 2024.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE

1